1 | EDWARD M. ROBBINS, JR., ESQ., State Bar No. 82696
HOCHMAN, SALKIN, RETTIG, TOSCHER & PEREZ, P.C.
2 | 9150 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
3 | Telephone: (310) 281-3247
Fax: (310) 859-5129
4 | Email: EdR@taxlitigator.com

Attorney for Defendant,
CHRISTOPHER B. BERG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | **CASE NO. CR 12-877-LHK** |
|---|---|
| Plaintiff, | **[~~PROPOSED~~] ORDER RE CONTINUANCE OF SENTENCING DATE** |
| v. | |
| CHRISTOPHER B. BERG, | Old Date: July 10, 2013 |
| Defendant. | New Date: October 9, 2013 |

    This matter having come before the Court on the Stipulation of the Parties re Continuance of Sentencing Date, with good cause being shown, is hereby ORDERED that the sentencing hearing in this case be continued from July 10, 2013 to October 9, 2013 at 9:30 a.m.

IT IS SO ORDERED.

DATED: JUNE __7__, 2013

_____
HONORABLE LUCY H. KOH
United States District Judge